FILED & JUDGMENT ENTERED
David E. Weich

Sep 25 2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### WILKESBORO DIVISION

**In Re:**

**SUZANNE G. RAY**                         )          Case No 08-51035
                                           )
SSN: XXX-XX-5263                           )
                                           )
    Debtor                                 )

## ORDER IN AID OF ADMINISTRATION OF CHAPTER 12 CASE

It appearing to the court that the above-referenced debtor having filed a petition under Chapter 12 of the Bankruptcy Code with Steven G. Tate having been duly appointed as trustee, and it further appearing that in aid of administration of the case, and pursuant to the provisions of 11 USC Section 521 and FRBP 4002, the debtors should be charged with the performance of certain duties and obligations as set forth below, and the Court concluding that said duties are reasonable and necessary and should be ordered at this time, and it is, therefore,

ORDERED, that the above-referenced debtor shall be responsible for the performance of the following duties during the pendency of the Chapter 12 case:

1. The preparation of a **Summary of Operations for Family Farmer.** This report shall be prepared and executed on a form to be provided by the trustee and must be filed in the case with a copy served upon the trustee NO LATER THAN five (5) days prior to the Section 341 meeting of creditors, unless otherwise directed by the trustee.

2. The preparation of statements of **Monthly Cash Receipts and Disbursements.** These reports shall be prepared and executed on a form to be provided by the trustee and are to be filed in the case with copies served upon the trustee on a calendar month basis NO LATER THAN the fifteenth (15th) day of the month following the reporting period in questions, unless otherwise directed by the trustee.

3. The preparation of **Tax Deposit Statements.** These reports are required for all family farm corporations and any other debtors who have employees for whom they must withhold income taxes or pay social security and/or other taxes. The reports shall be prepared and executed on a form to be provided by the trustee and are to be filed in the case with copies served upon the trustee on a calendar month basis NO LATER THAN the fifteenth (15th) day of the month following the reporting period in questions, unless otherwise directed by the trustee.

4. The preparation of a **Statement of Insurance.** This report shall contain a verified statement of written evidence from the insurance carrier that the debtor has in effect fire and extended coverage on all building, inventory and equipment, and motor vehicle insurance on all vehicles operated on public highways, and shall be provided to the trustee as promptly as possible. If such insurance is not in effect, the debtor must provide an explanation of the reasons therefore in the report. In addition, if any lapse, cancellation or proposed cancellation of such insurance occurs, the debtor shall provide IMMEDIATE written notice to the trustee of the same.

5. **Financial Books and Records.** The debtor shall close all financial books and records as of the date of the filing of the Chapter 12 case, and shall prepare and maintain new such records as a debtor-in-possession effective with the date of filing. The debtor shall provide the trustee with written certification of compliance with this requirement as directed by the trustee.

6. **Bank Accounts.** The debtor shall close all bank accounts as of the filing of the Chapter 12 case, and shall open new bank accounts as a debtor-in-possession effective with the date of filing. The debtor shall provide the trustee with written certification of compliance with this requirement as directed by the trustee.

7. **Income Tax Returns.** The debtor shall provide the trustee with copies of all Federal, State and local income tax returns and schedules for the taxable year preceding the year of the filing of the Chapter 12 case, and for each successive year during the pendency of the Chapter 12 case, as directed by the trustee.

        This order has been signed electronically. The Judge's signature and court's seal appear at the top of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE