UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
Wilkesboro Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 08-51035 |
| SUZANNE G. RAY | ) | |
| | ) | |
| | ) | CHAPTER 12 |
| Debtor(s) | ) | |

MOTION TO PAY ATTORNEY'S FEES AS AN ADMINISTRATIVE CLAIM

The debtor and attorney for debtor apply the Court as follows:

1. The debtor is a Chapter 12 debtor before this Court.
2. Prior to filing the debtor had insufficient funds to pay for an attorney for the Chapter 12 filing.
3. The debtor's attorney has agreed to represent the debtor and be paid post-petition.
4. Without the filing of the Chapter 12 the debtor does not believe she would have been able to reorganize and pay any dividend to her creditors. The debtor believes it would be a benefit to the Chapter 12 Estate to have the counsel of an attorney.
5. The Debtor and her attorney agreed to a fee in the amount of $10,000.00 and the Debtor's attorney has been compensated in the amount of $582.00 before filing the petition.
6. The debtor requests the Trustee to pay the claim of debtor's attorney as an administrative expense to be paid before the claims of general unsecured creditors.

THEREFORE, the debtor respectfully moves the Court to allow legal costs and attorney fees to be paid by the Trustee as an administrative expense in the amount of $9,418.00 to be paid in advance of general unsecured claims.

This the 1st day of December, 2008.

                                                 Respectfully submitted,

                                                 /s/Thomas C. Flippin
                                                 Thomas C. Flippin
                                                 Attorney for Debtors
                                                 NC State Bar 29210
                                                 1435 North Bridge Street
                                                 Elkin, NC 28621
                                                 (336) 526-2280
                                                 tom@flippinlaw.com

**UNITED STATES BANKRUPTCY COURT**
Western District of North Carolina
Wilkesboro Division

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-51035 |
| SUZANNE G. RAY ) | |
| ) | **NOTICE OF** |
| Debtor(s) ) | **HEARING** |
| ) | |
| ) | |
| ) | CHAPTER 12 |

**TAKE NOTICE** that SUZANNE G. RAY has filed papers to pay her attorney as an administrative claim. A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. **A Hearing will be held in this matter. The hearing is scheduled for June 9th, 2009, at 9:30 a.m.** in United States Bankruptcy Court, located at 207 West Main Street, Wilkesboro, NC 28697.

This the 1st day of December, 2008.

Respectfully submitted,

/s/Thomas C. Flippin
Thomas C. Flippin
Attorney for Debtors
NC State Bar 29210
1435 North Bridge Street
Elkin, NC 28621
(336) 526-2280
tom@flippinlaw.com