

FILED & JUDGMENT ENTERED
David E. Weich

Jan 15 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Wilkesboro Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 08-51035 |
| SUZANNE G. RAY | ) | |
| | ) | |
| | ) | CHAPTER 12 |
| Debtor(s) | ) | |

## ORDER TO PAY ATTORNEY'S FEES AS AN ADMINISTRATIVE CLAIM

THIS CAUSE COMING ON FOR HEARING on January 9th, 2009 upon Motion filed by the debtor and properly served upon all parties in interest. No objection was made by any party in interest.  The Court makes the following Findings of Fact:

1. The debtor is a Chapter 12 debtor before this Court.

2. Prior to filing the debtor had insufficient funds to pay for an attorney for the Chapter 12 filing.

3. The debtor's attorney agreed to represent the debtor and be paid post-petition.

4. Without the filing of the Chapter 12 the debtor does not believe she would have been able to reorganize and pay any dividend to her creditors.  The debtor believes it would be a benefit to the Chapter 12 Estate to have the counsel of an attorney.

5. The Debtor and her attorney agreed to a fee in the amount of $10,000.00 and the Debtor's attorney has been compensated in the amount of $582.00 before filing the petition.


**IT IS THEREFORE ORDERED ADJUDGED AND DECREED**  that the debtor's attorney shall be paid as an administrative expense through the plan.


This order has been signed electronically.
Pursuant to administrative order of the
Court.  Effective as date of entry.

J. Craig Whitley
UNITED STATES BANKRUPTCY COURT